AO 91 (REV.5/85) Criminal Complaint    AUSA GABRIEL A. FUENTES (312) 886-7649

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MENNO BLOM

MAGISTRATE JUDGE LEVIN

**CRIMINAL COMPLAINT**

CASE NUMBER: **01CR749**

FILED AUG 2 7 2001
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED AUG 2 8 2001

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On August 24, 2001, in Cook County, in the Northern District of Illinois, Eastern Division, and elsewhere, defendant did,


MA. Foreign and

travel in/interstate commerce for the purpose of engaging in any sexual act (as defined in Section 2246) with a person under 18 years of age, which sex act would be a violation of Section 109A if the sexual act occurred in the territorial jurisdiction of the United States;

in violation of Title 18, United States Code, Section 2423(b).

I further state that I am a Cook County Sheriff's Detective and Special Deputy U.S. Marshal and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:  X  Yes  ___ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

August 25, 2001                    at    Chicago, Illinois
Date                                       City and State

MORTON DENLOW, Magistrate Judge          Morton Denlow
Name & Title of Judicial Officer         Signature of Judicial Officer

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF COOK       )

## AFFIDAVIT

I, Detective Michael Anton, being duly sworn upon oath, depose and state as follows:

1. I am employed by the Cook County Sheriff's Police Department and have been employed by the Cook County Sheriff's Department for the past eleven years. Since May 2000, I have been sworn as a Deputy United States Marshal under the auspices of the Federal Child Exploitation Strike Force. As part of my duties, I investigate allegations of child exploitation and child pornography.

2. The information contained within this affidavit is based on my personal observations or training and information related to me by other law enforcement officers. This affidavit does not contain everything that I know about this investigation nor all the information obtained during the course of this investigation. Rather, this is a true and accurate statement of facts necessary to establish probable cause for the charged offense.

3. This affidavit is made in support of a complaint charging Menno Blom ("Blom") with violating Title 18, United States Code, Section 2423(b), which states:

> (a) person who travels in interstate commerce, or conspires to do so, or a United States citizen . . . who travels in foreign commerce, or conspires to do so, for the purpose of engaging in any sexual act (as defined in Section 2246) with a person under 18 years of age that would be in violation of Chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States shall be fined under this title, or imprisoned not more than 15 years, or both.

Title 18 United States Code, Section 2243(a), which is part of Chapter 109A of the United States Code provides: [w]hoever... knowingly engages in a sexual act with another person who -

(1) has attained the age of 12 years but has not attained the age of 16 years; and

(2) is at least four years younger than the person so engaging;

or attempts to do so, shall be fined under this title; imprisoned not more than 15 years, or both.

4. The following terms have the indicated meaning in this affidavit:

a. The terms "minor" and "sexually explicit conduct" as used herein are defined as set forth in 18 U.S.C., Section 1030(e)(1).

b. The term "computer" as used herein is defined as set forth in 18 U.S.C., Section 1030(e)(1).

5. I have been employed by the Cook County Sheriff's Department since 1989. Since 1997 until the present, I have been assigned to the Child Exploitation Unit. In that assignment I have worked in an undercover capacity investigating child pornography and child exploitation in the Federal Districts of Illinois, Maryland, Missouri, and Indiana. During the past several years I have received extensive training in the investigation of child pornography, child abuse and the sexual exploitation of children via the computer at several schools and seminars. In addition, I have also conducted training for the Illinois Attorney General and the Cook County Sheriff's Police Academy. Based on my training and my knowledge and experience, I know the following:

a. The Internet is a worldwide computer network which connects computers and allows communications and the transfer of data and information across state lines.

b. Individuals who use the Internet can communicate with each other by using electronic mail, also known and referred to herein as "e-mail," or by using instantaneous private messaging communication. E-mail is an electronic form of communication that can contain letter-type correspondence and graphic images. E-mail is similar to conventional paper-type mail in that it is addressed from one individual to another. Instantaneous private messaging communication over the Internet, on the other hand, allows two persons to communicate with each other privately and immediately whereas e-mail presents a delay in communication.

    c.     An e-mail message usually contains a header that gives the screen name, the identity of the Internet access provider, and the return address on the Internet of the individual who originated the message or the graphic.

    d.     Internet Relay Chat (mIRC) allows users to communicate and transfer files. Communications can occur privately, between users or among a group.

    e.     The mIRC servers are located throughout the world. The connection to the mIRC server applies only in the mIRC, not the other features of the Internet.

    f.     A mIRC user is specifically identified by the nickname or screen name that she or he entered in connecting to a mIRC server. A user can change his or her nickname and use a nickname that someone else previously might have used.

6. On or about March 27, 2001, I was on the Internet acting in the undercover capacity of a 13-year-old female child with the screen name "ILL_Dena." and the undercover name "Dena." I was utilizing the mIRC Chat software and was in a chat room entitled "teensex" when I received a chat request from a person who was using the screen name "Insahn." During this chat, the suspect related that his name was Menno, that he was 22 years old, and that he was from The Netherlands. Menno, who was later identified as Menno Blom, then sent me two computer-generated images entitled "me2.jpg and me3.jpg." He related that the photos were of him. Also during this chat I provided Blom with the undercover e-mail account which is "winny86@hotmail.com." He supplied me with his e-mail address which is "menno@bl0m.net."

7. During a chat on April 19, 2001, I asked Blom his age, and he replied 22. Blom then asked: "you were 16? 15?," and I replied "no 14 almost 15."

8. During another chat on April 20, 2001, Blom said, "I found my webcam, wanna see?" The suspect then supplied me with a website. This website (http://194.134.170.106/webcam), when accessed, would allow me to view Blom on my computer while in real-time imaging. After accessing this website I saw the image of a male white subject who identified himself as Blom. As I viewed Blom in real time I was able to chat with him on the computer. Blom then asked for a photo

of me. I then sent him a photograph of Cook County Sheriff's Deputy Janet Montecelo, acting in an undercover capacity while casually dressed and sitting on a picnic table. I then asked Blom: "can you show me it that would be soo cool." Blom replied, "hold on." Blom then pointed his computer camera to his monitor and showed me the photo image of Deputy Montecelo that I had just sent him. Also during this chat Blom said to me: "imagine the situation, us naked in one bed . . . what would you do?" and "I'd show ya the world of sex"; "It wouldn't hurt when I was with you;" and "so we could explore other areas." When I asked Blom "what else could we do," Blom said, "oral I love to lick." During the chat conversation I saw Blom take off his clothes and begin to masturbate himself in front of his computer camera. Several evidence screen-capture images were taken of this incident.

9. In another mIRC chat conversation with Blom on May 1, 2001, Blom asked me, "still want me to come over to Illinois." I then stated "yes that would be way cool." Blom then stated, "You'll turn 15 this year right," and I stated, "yes." In a later chat, I told Blom that my birthday was on May 1 and that I would then turn 14.

10. On May 23, 2001, during another mIRC chat, Blom said "lemme grab my cam." He then supplied me with the website of (http://l94.134.201.86/webcam/). After accessing this website I saw real-time imaging of Blom. Blom then said, "Would you be embarrassed to get naked in front of a guy . . . . I really hope I can make it to Chicago this coming vacation." Blom then said "do you have any hair 'down there' . . . 'down there' as in your pussy." I then told Blom "not that much" to which Blom replied, "Yeah I like that. The less the better . . . I like 'm shaved." In addition, Blom made the following statements during this chat:

"C'mon! You're 14/15."

"I bet, and know for sure that you'll know EXACTLY what to do when the time comes."

"I wont force you to do anything."

"If you want to do something fine with me."

"I like oral sex a lot."

"Well, maybe you don't like me licking you, fine maybe you'll love it, I'll go on."

"What do you think about us meeting being naked, well, basically just you exploring my body touching my private parts?"

Blom then asked me "What are you thinking off(sic)?" to which I replied, "I guess the oral stuff." Blom then told me "You'd like to suck my dick? Or me licking you? or both?"

11. On May 30, 2001, during an online mIRC chat, Blom told me that he was going to visit a friend in California in August but had to stop in Chicago first to see a friend. I then said: "thats cool so you are for real comming (sic) here." Blom then replied "It still is my plan, yes . . . . I have to come over in some weekend so we can go to Great America and have some fun afterwards." I then asked Blom: "what kind of fun?" He replied "I can get some wine coolers for ya at the liquor store . . . . We just have to take care you stay out of trouble." I asked, "what do you mean out of trouble." Blom replied: ". . . . Sleeping with a minor and feeding her booze ain't legal." Blom then said: "I have a naked pic though . . . want it . . . . I took that pic before I got my webcam." Blom then sent me four naked computer images that he identified as being photos of himself.

12. On June 7, 2001, during another mIRC online chat, Blom said that he would be coming to Chicago to meet "Dena" and that he "maybe" would "arrive on friday and stay till sunday or so." Blom also said "Wish I was allready (sic) there now . . . So I could introduce you to the world we know as 'sex' . . . . anything could happen . . . Luckilly (sic) I know it's your first time tho . . . So I will slow down everything a lil' . . . . You have to get used to 'being naked with someone' and being 'intimate.'" Later in this chat, Blom asked: "Did you tell anyone?" I replied that I had not.

Blom continued: "Well, was it possible you told some friends . . ." I replied: "is it OK that i didnt tell nobody," and Blom said: "Fine with me." Blom then asked me: "Did you have an orgasm . . . . Hopefully I can give ya one when I'm there." Blom told me that he would do this by "Prolly (sic) licking that should do the trick hahaha."

13. On June 12, 2001, during an online chat, Blom told me "Got my tickets confirmed. Have to pay on thursday, no turning back . . . . I'll be there no matter what It's up2you if ya gonna show up hahaha." Blom asked if I might be "scared" and I replied, "im 14 silly im not a baby." Blom told me, during this chat, that he would be landing at the airport at around 4 p.m. and might "have problems with the customs." I suggested to Blom that he "just say you are here to visit me." Blom replied: "Nope . . . That could cause problems." I asked Blom "why not?" Blom replied: "You're a minor." I asked "so what?? im 14." Blom then said: "Well, picture me explaining to the customs I'll probably feed ya alcohol and probably gonna spend a night with ya *LOL* Big troubles for menno." Once Blom arrived in Chicago, he told me that he would be staying at the "Holiday Inn Chicago 350 N. Orleans St. . . . . I'll pay ya for the taxi ok? Of course, you don't have much money and I want you to visit me, so I should pay."

14. On June 18, 2001, in another online mIRC chat, Blom talked to me about going to clubs in Chicago and said "To bad you ya ain't 21 yet . . . otherwise we could go club hopping." I then told Blom: "that would be soo cool i never really went to a bar downtown before" and he responded by saying "Well, ya ain't going with me . . . . You won't get in anyway and I don't want any troubles . . . . So ya can get some booze at the hotel room, that's all." Later in this chat, "Dena" told Blom said that she had a friendship card she wanted to send to him. Blom then e-mailed his mailing address which is: "M.J Blom Tannhauserdreef 276 3561 HR Utrecht The Netherlands."

15. On June 22, 2001, a friendship card with an undercover picture of Deputy Janet

Montecelo in casual clothes was mailed to Blom at the above identified address.

16. On July 3, 2001, a birthday card was mailed to Blom. This card was also mailed to the address that he had supplied me.

17. On July 6, 2001, during another online mIRC chat, Blom contacted me and stated "BTW: http://194.134.170.64/webcam, if ya wanna see me." After accessing this website, I immediately saw Blom, in real time, looking at his computer monitor. I then asked Blom if he had received the friendship card and he replied "yeah with the pic." I then asked Blom if he could place the card up to his computer camera so I could see it. Blom then showed me the card I had sent him. The front of this card consisted of the cartoon character "Tweety Bird" with the words "Hi Menno." Using his computer camera, Blom also showed me the photograph of Deputy Montecelo that had been sent to him inside the friendship card. Blom then told me: "Hey about the sex stuff... I dunno if it's a good idea.... It's illegal and I don't want either of us to get into trouble... you are a minor ... according to your law, you're not supposed to have sex." Blom then said: "But I guess it ain't illegal if you happen to see me walking out the shower or anything 'Accidents' happen.... Well, what if you were in my room and I was having a shower. I suddenly 'forget' that you are there and walk out naked.... I can think of a 1000 ways.... So, I guess we can arrange an 'accident' so you'd see me naked; Like that?" Blom also talked about taking a shower and then he said "if we're going to have sex, you'll want one afterwards.... Wouldn't you like to see how a dick feels?"

18. On July 20, 2001, during another online mIRC chat, Blom asked me "So, you won't be shy when we meet?.... Not even when you see me naked?.... Not even when I see you naked?" We then talked about what would happen when he arrived in Chicago and what he would like doing best together. Blom then stated "Licking you all over.... Hoping you will have a good time and hope you'll have an orgasm.... I'll first try licking.... Than (sic) maybe enter a finger

inside you and then maybe two fingers . . . . I'm just sooo curious what you'd do, when you see me naked for the first time . . . . I'm looking forward to your reaction . . . . when you actually touch my dick."

19. On August 6, 2001, during an online chat with Blom, he again stated that when he comes to Chicago he would be staying at the Holiday Inn Plaza, 350 N. Orleans Street, Chicago. He then supplied me with the telephone number "+1312836 5000."

20. On August 13, 2001, during another online mIRC chat with Blom, he told me to go to the website "http://p733.vcu.wanadoo.nl/webcam." I went to this site and saw what Blom described as himself, looking into the computer camera at me. I then asked him if he could show me the birthday card I had previously sent him. Blom stated "Sure lemme find it." Blom then placed the birthday card in the front of his computer camera so I could see the card. Blom then asked me "hey did you ever saw (sic) a guy pee wanna see me pee I'm in a crazy mood today." I then observed Blom pull a small garbage can over to him and pull his penis out. He then urinated into the garbage can. Blom then said: "Ya know what I find kinky? ,If a girl holds my dick when I pee . . . . so we could try that if you'd like." Blom then asked me: "Whats the second weirdest thing (after peeing) for me to do?" He then said: "tried to suck me own dick, want me to try?" I then observed Blom, who was nude, lie on the floor and attempt to orally copulate himself. Toward the end of this chat, Blom asked me: "So what do you wanna see me do now . . . . you want me to jerk?" I then observed Blom masturbating himself in front of the computer camera.

21. On August 15, 2001, Blom sent an e-mail to "ILL_Dena" which provided me with his arrival time in Chicago, his airline information and the hotel in which he would be staying. The e-mail said that he would be arriving in Chicago at 3:50 p.m. He also instructed "Dena" how to contact him.

22. On August 16, 2001, during another online mIRC chat, Blom said "I just don't wanna be in trouble when I'm on vacation . . . . spending a night with you could even get me in trouble . . . . You're a minor." I replied: "so what im 14 im not a baby." Blom replied: "I know that, you know that, but your law thinks different . . . . But seriously, spending a night with you could get me in jail . . . . Because you're a minor . . . . Just tell everyone you're 16." Blom then said that "if I would get caught by the cops, your mom prolly (sic) would hear too . . . . when someone finds out, the cops will come and take care of it . . . sad but true."

23. On August 21, 2001, during another online mIRC chat, Blom said: "In three days, youll probably see a naked dude for real . . . . What do you look most forward to . . . . Like kissing, Actual sex, Oral, Touching?" Menno then told me "Ill bring condoms ... Dont want to get pregnant . . . . Besides that you don't know what diseases I might have . . . . so a condom is always good . . . . I'll see what I can get." Toward the end of the conversation Blom talked about urinating and he told me "Yeah, stand right next to me when I pee . . . . and I will pee all over you." Blom then said that "Well, I'm just kidding ya babe . . . . unless you want me to do that."

24. On August 24, 2001, at approximately 7:30 p.m., Cook County Sheriff's Deputy Montecelo telephoned the Holiday Inn Plaza at 350 North Orleans Street in Chicago and asked to speak to Menno Blom. An operator put Deputy Montecelo's call through to Blom's room, and Deputy Montecelo had an undercover telephone conversation with Blom. In that conversation, Blom instructed Deputy Montecelo, who was posing as "Dena," to take a cab to the Holiday Inn Plaza, and he informed her that he would meet her outside the hotel.

25. Deputy Montecelo proceeded to the Holiday Inn Plaza in an undercover vehicle made to look like a taxicab. At approximately 8 p.m. on August 24, 2001, Deputy Montecelo arrived at the Holiday Inn Plaza, where agents from the United States Postal Inspection Service and the Cook

County Sheriff's Department observed Blom exiting the hotel. Agents recognized Blom from the photo images he had transmitted via his webcam. Blom approached a different taxicab than the undercover vehicle in which Deputy Montecelo was seated, and the agents observed Blom paying the passenger of the taxicab. At this time, Deputy Montecelo exited the undercover vehicle. The agents observed Blom turn away from the first taxicab and turn towards Montecelo. Blom approached Montecelo at the undercover vehicle.

26. At this time I was operating the undercover vehicle, and I was posing as a taxicab driver. Blom paid me $40 for a $23 fare and told me to keep $30. Upon payment, agents immediately placed Blom under arrest. Cook County Sheriff's Police Detective Robert Farley verbally advised Blom of his Miranda rights. Blom provided identification from his wallet identifying him as Menno Blom. He was promptly taken into custody by United States Postal Inspector David Kepchar and me, and Blom was transported to the U.S. Postal Inspection Service division headquarters at the Chicago main post office.

27. Once at Inspection Service division headquarter, Blom was again advised of his Miranda rights and signed a waiver of his Miranda rights. Blom was interviewed regarding his travel to Chicago from The Netherlands and his communications with "Dena."

28. Blom stated that he traveled from The Netherlands to Chicago to meet "Dena" and sightsee. Blom explained that he traveled to Chicago as an optional layover while en route to California to attend a friend's wedding, and a work-related conference also in California. Agents recovered, among his personal effects, an airline ticket receipt for a KLM Royal Dutch Airlines Flight No. 611 from Amsterdam to Chicago.

29. Blom acknowledged that he knew "Dena" was 14 years of age and wanted to meet her. I displayed numerous documented Internet chat-room conversations between "Dena" and Blom.

He read many of the conversations and acknowledged that he used the nickname "Insahn." He remembered talking with "ILL_Dena" and specifically identified 14 chats that had taken place between them. He initialed and dated each such exhibit.

30. He then agreed to provide a voluntary written statement. He admitted to traveling to Chicago to meet 14-year-old "Dena." He further admitted to having several sexually oriented discussions with her over the Internet. He also admitted using his web camera to show "Dena" his private parts and said that he was "quite" excited to be watched. He further acknowledged that he received two greeting cards from "Dena" sent to him via "the U.S. Post."

31. Blom stated that at the time he chatted on the computer and planning his trip to Chicago, he fully intended to have sex with "Dena." He stated, however, that while en route to Chicago, he decided not to "take advantage of the moment," and was going to tell her he would not do the sexual acts they talked about.

FURTHER AFFIANT SAYETH NOT

_____
Detective Michael Anton
Cook County Sheriff's Police Department
Complainant

Subscribed and Sworn before me
this 25th day of August, 2001

_____
MORTON DENLOW
United States Magistrate Judge